675 A.2d 1209

**PENNSYLVANIA NATIONAL BANK & TRUST COMPANY, Petitioner,**

v.

**CCNB BANK, N.A., Stanley D. Adler and Betty J. Adler, Respondents.**

Supreme Court of Pennsylvania.

May 13, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 13th day of May, 1996, the Petition for Allowance of Appeal is hereby **GRANTED, BUT LIMITED** to the following issue:

Whether the Superior Court erred in holding that Article 9 of the Uniform Commercial Code does not contain the analysis to be used to determine the priority of interests between the holder of a perfected security interest in a certificate of deposit and a bank possessing the common law right of set-off in the same certificate of deposit.